June 26, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

DOWNTOWN PERFORMANCE MEDICAL CENTER, Appellant

NO. 14-11-00610-CV                    V.

CANALES MORGAN, LLP, THE MORGAN LAW OFFICE AND GORDON
MORGAN INDIVIDUALLY, Appellees

_____

Today the Court heard appellant's unopposed motion to dismiss the appeal from the judgment signed by the court below on April 19, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by Downtown Performance Medical Center.

We further order this decision certified below for observance.

We further order the mandate be issued immediately.